IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH L. BLACKWELL,

    Plaintiff,                          No. CIV S-05-1230 LKK KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                     ORDER

                                          /

            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. Most of the alleged violations took place in Kern and Kings Counties, which are part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b). Plaintiff currently is incarcerated at Avenal State Prison in Kings County.

            As provided by Local Rule 3-120(d), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

/////

1

1  court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
2  request to proceed in forma pauperis.
3      Good cause appearing, IT IS HEREBY ORDERED that:
4      1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
5      2. This action is transferred to the United States District Court for the Eastern
6  District of California sitting in Fresno; and
7      3. All future filings shall reference the new Fresno case number assigned and
8  shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

12  DATED: June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

25  2
    blac1230.22